

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00755-CV

Eddie Louis **HERRERA**,
Appellant

v.

Diane **TALAMANTEZ**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI13639
Honorable Norma Gonzales, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the judgment of the trial court is affirmed. It is ORDERED that Appellee Diane Talamantez recover her costs of this appeal from Appellant Eddie Louis Herrera.

SIGNED January 14, 2026.

_H. Todd McCray_____
H. Todd McCray, Justice